# United States Court of Appeals for the Federal Circuit

2008-1094
(Serial No. 76/600,374)

IN RE MARISOL, LLC

<u>John Joseph Hall</u>, Law Offices of John Joseph Hall, of Los Angeles, California, argued for appellant.

<u>Christina J. Hieber</u>, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office.  With her on the brief were <u>Stephen Walsh</u>, Acting Solicitor, and <u>Thomas V. Shaw</u>, Associate Solicitor.

Appealed from:    United States Patent and Trademark Office
                          Trademark Trial and Appeal Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1094
(Serial No. 76/600,374)

IN RE MARISOL, LLC

# Judgment

ON APPEAL from the United States Patent and Trademark Office, Trademark Trial and Appeal Board

in CASE NO(S). Serial No. 76/600,374

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  June 20, 2008                    /s/ Jan Horbaly
                                        Jan Horbaly, Clerk